

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 20, 2023



**BY ECF**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Javon Lake,* 23 Cr. 486 (KPF)

Dear Judge Failla:

The parties jointly write to respectfully request that the Court schedule the arraignment and an initial pretrial conference in the above-captioned case. Based on communications with Chambers, the parties understand that the Court is available on September 27, 2023, and would ask that the Court schedule the arraignment and conference before 2:00 p.m. that day, if convenient for the Court.

Additionally, the Government respectfully requests that time be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until September 27, 2023, to allow the parties time to produce and review discovery and to engage in discussions regarding a potential pretrial resolution of this matter. The Government respectfully submits that the proposed exclusion would be in the interest of justice. Defense counsel has consented to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   ___/s/_____
Kaylan E. Lasky
Assistant United States Attorney
(212) 637-2315

CC: Clay Kaminsky, Esq. (ECF)

Application GRANTED.  The Court will hold an arraignment and an initial pretrial conference in this matter on **September 27, 2023,** at **11:00 a.m.**  The proceedings will be held in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

It is further ORDERED that time be excluded under the Speedy Trial Act between **September 21, 2023** and **September 27, 2023**.  The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial because it will allow the parties time to produce and review discovery, and to engage in discussions regarding a potential pretrial resolution of this matter.

The Clerk of Court is directed to terminate the pending motion at docket number 6.

Dated:    September 21, 2023          SO ORDERED.
          New York, New York

                                      *Katherine Polk Failla*

                                      HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE