

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 3, 2023

**By ECF**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Javon Lake,* 23 Cr. 486 (KPF)

Dear Judge Failla:

In connection with the above-captioned case, and with the consent of defense counsel, the Government respectfully requests that the Court authorize the proposed protective order governing the production of discovery, which has been signed by the parties and is attached hereto as Exhibit A.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   */s/ Kaylan E. Lasky*
Kaylan E. Lasky
Assistant United States Attorney
Southern District of New York
(212) 637-2315

cc: Clay Kaminsky, Esq. (by ECF)

```
Application GRANTED.  The Court will separately endorse the parties'
proposed stipulated protective order.

The Clerk of Court is directed to terminate the pending motion at
docket number 8.                SO ORDERED.

Dated:    October 4, 2023
          New York, New York
```

*Katherine Polk Failla* (signature)

```
HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE
```