

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 19, 2023

**By ECF**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



Re:   *United States v. Javon Lake,* 23 Cr. 486 (KPF)

Dear Judge Failla:

The parties respectfully request that the Court adjourn the upcoming pretrial conference in this matter, currently scheduled for December 20, 2023, at 11:00 a.m. From discussions with chambers, the parties understand that the Court is available on January 24, 2024, at 3:00 p.m., as are the parties.

The Government also moves, with the consent of defense counsel, for Speedy Trial time to be excluded from December 20, 2023 until January 24, 2024. The Government submits that the ends of justice would be served by an exclusion of time, so that the parties may attend to discovery and discuss a potential pretrial resolution.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   */s/ Kaylan E. Lasky*
Kaylan E. Lasky
Assistant United States Attorney
Southern District of New York
(212) 637-2315

cc: Clay Kaminsky, Esq. (by ECF)

Application GRANTED. The conference scheduled for December 20, 2023, is hereby ADJOURNED to **January 24, 2024,** at **3:00 p.m.** The conference will take place in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Time is hereby excluded under the Speedy Trial Act between **December 20, 2023** and **January 24, 2024.** The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial because it will allow the the parties to attend to discovery and to discuss a potential pretrial resolution.

The Clerk of Court is directed to terminate the pending motion at docket number 15.

Dated:     December 19, 2023          SO ORDERED.
           New York, New York

                                      *Katherine Polk Failla*

                                      HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE