

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 10, 2024

**By ECF**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



Re:   *United States v. Javon Lake,* 23 Cr. 486 (KPF)

Dear Judge Failla:

The Government writes, with the consent of defense counsel, to respectfully request that the Court adjourn the remaining pre-trial motion deadlines in in this matter, as follows:

- March 21, 2024 for the Government's responses to the defendant's pre-trial motions (currently due by March 13, 2024); and
- April 5, 2024 for the defendant's replies (currently due by March 20, 2024).

The next pre-trial conference in this matter is scheduled for April 17, 2024, at 10:00 a.m., and the Court has already excluded time through that date under the Speedy Trial. (Dkt. 18). This is the Government's first request for an adjournment.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   */s/ Kaylan E. Lasky*
Kaylan E. Lasky
Assistant United States Attorney
Southern District of New York
(212) 637-2315

cc: Clay Kaminsky, Esq. (by ECF)

Application GRANTED. The parties are to adhere to the briefing schedule as set forth in the parties' letter.

The Clerk of Court is directed to terminate the pending motion at docket entry 22.

Dated:    March 11, 2024          SO ORDERED.
          New York, New York

                                  *[signature: Katherine Polk Failla]*

                                  HON. KATHERINE POLK FAILLA
                                  UNITED STATES DISTRICT JUDGE