

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 15, 2024

**By ECF**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



Re:   *United States v. Javon Lake,* 23 Cr. 486 (KPF)

Dear Judge Failla:

    The Government writes, with the consent of defense counsel, to respectfully request that time be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from April 17, 2024 until April 19, 2024, to facilitate the resolution of the defendant's pre-trial motions to and permit the parties to continue their discussions regarding a potential pretrial resolution of this matter. The Government respectfully submits that the proposed exclusion would be in the interest of justice.

                                 Respectfully submitted,

                                 DAMIAN WILLIAMS
                               United States Attorney

                    By:     */s/ Kaylan E. Lasky*
                          Kaylan E. Lasky
                          Assistant United States Attorney
                          Southern District of New York
                          (212) 637-2315

cc: Clay Kaminsky, Esq. (by ECF)

Application GRANTED.  Time is hereby excluded under the Speedy Trial Act between **April 17, 2024** and **April 19, 2024.**  The Court finds the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial because it will facilitate the resolution of the Defendant's pre-trial motions and permit the parties to continue their discussions regarding a potential pretrial resolution of the matter.

The Clerk of Court is directed to terminate the pending motion at docket entry 26.

Dated:    April 16, 2024          SO ORDERED.
          New York, New York

                                  HON. KATHERINE POLK FAILLA
                                  UNITED STATES DISTRICT JUDGE