UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -v.- | 23 Cr. 486 (KPF) |
| JAVON LAKE, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

The hearing on Defendant's pretrial motions currently scheduled for April 19, 2024, is hereby ADJOURNED to **May 23, 2024**, at **10:00 a.m.**  As before, the hearing will take place in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Pursuant to 18 U.S.C. § 3161(h)(1)(D), time is automatically excluded under the Speedy Trial Act from **April 19, 2024** to **May 23, 2024**, pending the Court's consideration of Defendant's pretrial motion.  Should the parties believe a separate basis for the exclusion of time is necessary, they may separately make such an application.

SO ORDERED.

Dated:  April 18, 2024
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge